1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   VIRGIL JOHNSON,                     Case No. EDCV 23-01261 DOC (RAO)
12                      Petitioner,
13          v.                           JUDGMENT
14   J. DOER,
15                      Respondent.
16
17          Pursuant to the Court's Order Summarily Dismissing Petition for Writ of
18   Habeas Corpus and Denying Certificate of Appealability,
19          IT IS ORDERED AND ADJUDGED that the Petition is dismissed without
20   prejudice for lack of jurisdiction.
21
22   DATED:  November 17, 2023
23                                       _____
24                                       DAVID O. CARTER
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28